UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(COLUMBUS DIVISION)

| | | |
|---|---|---|
| TEXTRON FINANCIAL CORPORATION | ) | CASE NO. 2:07-CV-00557 |
| | ) | |
| Plaintiff, | ) | JUDGE EDMUND A. SARGUS |
| | ) | |
| vs. | ) | |
| | ) | |
| INDIAN LAKE POWER SPORTS, INC. | ) | **CONSENSUAL ORDER OF POSSESSION** |
| | ) | |
| Defendant. | ) | |
| | ) | |

This cause came to be heard on the *Emergency Motion of Plaintiff Textron Financial Corporation* [("Plaintiff")] *for an Order of Possession of Specific Property without Notice or Hearing* [Docket No. 4] (the "Plaintiff's Motion"), filed on June 12, 2007. On the same day, the Court entered a certain *Order* [Docket No. 8] (the "June 12 Order"), restraining defendant Indian Lake Power Sports, Inc. ("Indian Lake" and together with Plaintiff, the "Parties") from selling, transferring, or assigning any of the items of personal property subject to the Plaintiff's Security Interest. The Order expires at 5:00 p.m. eastern time on Monday, June 18, 2007. Pursuant to Ohio Revised Code Section 2737.10, and in accordance with the June 12 Order, Plaintiff filed a bond [Docket No. 9] with the Court in the amount of One Million Eighty Three Thousand Twenty Five Dollars ($1,083,025.00).

On June 18, 2007, Stephen A. Moyer, Esq. filed a *Notice of Appearance* [Docket No. 12] on behalf of defendant *Indian Lake Power Sports, Inc.* On the same day, Indian Lake executed a certain Voluntary Release and Surrender (the "Voluntary Release"), whereby Indian Lake agrees to release and surrender possession of the Collateral[1]. A copy of the Voluntary Release is attached hereto as Exhibit A.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Plaintiff's Motion.

CLE - 1011244.1

The Parties agree that Defendant shall release and surrender possession of the Collateral subject to Plaintiff's Security Interest.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that:

1. The Plaintiff's Motion is GRANTED.

2. Plaintiff is entitled to recover immediate possession of the Collateral.

3. The Collateral's last known location is 606 State Route 708, Russells Point, Ohio 43348. If the Collateral is not at that location, Defendant shall disclose the location of the Collateral and the Plaintiff shall take possession of the Collateral wherever it may be located.

4. The approximate value of the Collateral is $ 541,512.90.

5. This Order shall be effective immediately.

6. Immediately upon this Order taking effect, Defendant, its agents and lessees, shall take all steps necessary to make the Collateral available for peaceful possession by the U.S Marshall or any levying officer, Plaintiff and its agents. Defendant shall not take any action or do anything to impair the value or utility of the Collateral, including, without limitation, using, dismantling, damaging or transferring any part of the Collateral.

7. In the event Defendant fails in any respect to comply with paragraph 6 hereof, the U.S Marshall or any levying officer, be and hereby is directed forthwith to seize the Collateral and deliver said property to Plaintiff at such location(s) as Plaintiff may designate, from time to time, by a signed writing delivered in advance to the U.S Marshall requesting delivery of such property at such designated location c/o Plaintiff's attorneys, Daniel A. DeMarco Esq. and Christopher B. Wick, Esq., Hahn Loeser + Parks LLP, 200 Public Square, Suite 3300, Cleveland, Ohio 44144 (telephone: 216/621-0150; fax: 216/241-2824).

IT IS SO ORDERED:

_____
United States Federal District Court Judge
Edmund A. Sargus, Jr.

Date: _____3:35_____

Time: _____6-19-2007_____

Agreed to and submitted by:

/s/ Christopher B. Wick
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
HAHN LOESER + PARKS LLP
200 Public Square, Suite 3300
Cleveland, Ohio 44114
Phone: (216) 621-0150
Fax:    (216) 241-2824
Email: dademarco@hahnlaw.com
       cwick@hahnlaw.com

*Counsel for Textron Financial Corporation*

and

/s/ Stephen A. Moyer
Stephen A. Moyer (0025211)
Attorney for Defendant
9 East Kossuth Street
Columbus, Ohio 43206
Phone: (614) 444-2000
Fax:    (614) 444-5883
Email: moyerlaw@rrohio.com

*Counsel for Indian Lake Power Sports, Inc.*

**EXHIBIT A**

CLE - 1011244.1

**TEXTRON FINANCIAL**

Floorplan Finance Division
Textron Financial Corporation
Subsidiary of Textron Inc.

11575 Great Oaks Way
Suite 210
Alpharetta, GA 30022
(800) 475-0290

## Voluntary Release and Surrender

Dealer hereby releases and surrenders possession of the inventory listed on the attached schedule. It is understood that dealer is voluntarily releasing this collateral to Textron Financial Corporation ("TFC"). For such disposition as TFC may wish to make of the same, hereby transferring and assigning to TFC all the rights, title, and interest in said inventory.

It is expressly understood that dealer shall continue to be bound by the terms and conditions of the loan agreement(s) for any deficiency with TFC remaining after the transfer and disposition of the inventory.

5/10/07
Date

Indian Lake Power Sports, Inc.
Dealer

Acknowledged and Accepted:

By: Michael F Kavala
Title: President Indian Lake PowerSports

# Indian Lake Power Sports, Inc.
## Exhibit

### Inventory Sold out of Trust by Indian Lake Power Sports, Inc.

| Dir ID | Acct | Invoice # | Serial # | Status | Status Date | Financed Amt | Current Amt | Model |
|---|---|---|---|---|---|---|---|---|
| 701439 | 1 | 0092654336-0 | W45T117279 | SAU | | $7,039.00 | $6,305.20 | S2005F7FCAUSG |
| 701439 | 1 | 0092758130-0 | C55A005344 | SAU | | $2,041.00 | $2,041.00 | A2005IBR4BUSG |
| 701439 | 1 | 0093554628-0 | W76T104864 | SAU | | $4,873.00 | $4,873.00 | S2006H4B2BUSZ |
| 701439 | 1 | 0093656316-0 | V96K6A3770 | SAU | | $3,222.00 | $3,222.00 | S2006ZABLXUSG |
| 701439 | 1 | 0094122313-0 | V66K6C0438 | SAU | | $1,653.00 | $1,653.00 | A2006KUE2BUSR |
| 701439 | 1 | 0094159362-0 | VX6T254049 | SAU | | $7,411.00 | $6,718.10 | A2006KUA2BUSG |
| 701439 | 1 | 0094304355-0 | VX7T300618 | SAU | | $8,949.00 | $8,324.10 | A2006IBT4CUSK |
| 701439 | 1 | 0094307184-0 | V57T300879 | SAU | | $8,351.00 | $7,583.80 | U2007P2S4BUSG |
| 701439 | 1 | 0094413534-0 | W37T110093 | SAU | | $6,475.00 | $6,475.00 | S2007F5CEFUSB |
| 701439 | 1 | 0094441123-0 | V87T213742 | SAU | | $7,513.00 | $7,513.00 | A2007IBT4CUSK |
| 701439 | 1 | 0094492814-0 | VX7K6B0185 | SAU | | $3,451.00 | $3,451.00 | A2007KSE2BUSD |
| 701439 | 1 | 0094559320-0 | W37T125404 | SAU | | $8,345.00 | $8,345.00 | S2007F8HEFUSG |
| 701439 | 1 | 0094559320-0 | W67T125204 | SAU | | $8,345.00 | $8,345.00 | S2007F8HLXUSB |
| 701439 | 1 | 0094559320-0 | WX7T127456 | SAU | | $8,855.00 | $8,855.00 | S2007F8HLXUSB |
| 701439 | 1 | 0094608229-0 | VX7T226413 | SAU | | $6,743.00 | $6,743.00 | A2007IBT4CUSZ |
| 701439 | 1 | 0094697045-0 | W0T134142 | SAU | | $6,730.00 | $6,730.00 | S2007F5CLXUSG |
| | | | | | | | **$97,177.20** | |

### Inventory Still in Indian Lake's Possession

| Dir ID | Invoice # | Serial # | Status | Status Date | Financed Amt | Current Amt | Model |
|---|---|---|---|---|---|---|---|
| 701439 | 0093300050-0 | V65T260853 | STK | 3/23/2005 | $6,642.00 | $6,023.30 | A2005IBR4BUSG |
| 701439 | 0093303531-0 | WX6T101411 | STK | 3/24/2005 | $7,744.00 | $6,969.60 | S2006CFFWYUSB |
| 701439 | 0093449008-0 | W56T104409 | STK | 6/15/2005 | $4,497.00 | $4,497.00 | S2006ZAALXUSG |
| 701439 | 0093460016-0 | W46T113652 | STK | 6/22/2005 | $8,049.00 | $7,294.70 | S2006CFF36USB |
| 701439 | 0093470530-0 | W96T114831 | STK | 6/29/2005 | $8,049.00 | $7,294.70 | S2006CFF36USO |
| 701439 | 0093473286-0 | V46T211505 | STK | 6/30/2005 | $5,316.00 | $5,316.00 | A2006ICH4BUSG |
| 701439 | 0093572964-0 | V16T213499 | STK | 8/23/2005 | $5,316.00 | $5,316.00 | A2006ICH4BUSZ |
| 701439 | 0093584330-0 | W16T114998 | STK | 8/26/2005 | $8,049.00 | $7,294.70 | S2006CFF36USO |
| 701439 | 0093656316-0 | V46K6B1839 | STK | 1/26/2006 | $3,435.00 | $3,435.00 | A2006KSE2BUSR |
| 701439 | 0093656316-0 | V66Z701823 | STK | 11/9/2005 | $5,274.00 | $5,274.00 | A2006DV12AUSE |



## Indian Lake Power Sports, Inc.
### Exhibit

| | | | | | | |
|---|---|---|---|---|---|---|
| 701439 | 0093698695-0 | VX6K6B2249 | STK | 11/2/2006 | $3,435.00 | $3,435.00 | A2006KSE2BUSE |
| 701439 | 0093711882-0 | V16T2279936 | STK | 1/26/2006 | $5,316.00 | $5,316.00 | A2006ICH4BUSG |
| 701439 | 0093711882-0 | V36T220163 | STK | 4/23/2007 | $6,085.00 | $6,085.00 | A2006TBH4BUSG |
| 701439 | 0093770438-0 | V76T230968 | STK | 4/23/2007 | $6,427.00 | $6,427.00 | A2006IBM4BUSC |
| 701439 | 0093894461-0 | V86K6C0298 | STK | 12/23/2005 | $1,653.00 | $1,653.00 | A2006KUA2BUSG |
| 701439 | 0093911723-0 | V16T224244 | STK | 12/30/2005 | $6,684.00 | $6,684.00 | A2006IBR4BUSG |
| 701439 | 0093911723-0 | V26T235608 | STK | 12/30/2005 | $5,316.00 | $5,316.00 | A2006ABH4BUSG |
| 701439 | 0093911723-0 | V36T2326636 | STK | 12/30/2005 | $4,761.00 | $4,761.00 | A2006ABH4BUSG |
| 701439 | 0093911723-0 | V46T224254 | STK | 12/30/2005 | $6,684.00 | $6,684.00 | A2006IBR4BUSG |
| 701439 | 0093911723-0 | V46T230054 | STK | 12/30/2005 | $6,085.00 | $6,085.00 | A2006IBR4BUSZ |
| 701439 | 0093911723-0 | V56T235604 | STK | 12/30/2005 | $6,316.00 | $6,316.00 | A2006ICH4BUSG |
| 701439 | 0093911723-0 | V96T232625 | STK | 12/30/2005 | $1,653.00 | $1,653.00 | A2006KSA2BUSR |
| 701439 | 0093949156-0 | V662701529 | STK | 1/11/2006 | $4,761.00 | $4,761.00 | A2006ABH4BUSR |
| 701439 | 0093971785-0 | V56T242357 | STK | 1/18/2006 | $5,274.00 | $5,274.00 | A2006DVI2AUSE |
| 701439 | 0094047310-0 | V16T246745 | STK | 2/10/2006 | $5,958.00 | $5,958.00 | A2006IBM4BUSG |
| 701439 | 0094047310-0 | VX6T246744 | STK | 2/10/2006 | $6,085.00 | $6,085.00 | A2006TBH4BUSG |
| 701439 | 0094122313-0 | V16K6E1018 | STK | 3/10/2006 | $1,653.00 | $1,653.00 | A2006KSA2BUSR |
| 701439 | 0094169283-0 | V06T233534 | STK | 3/30/2006 | $4,761.00 | $4,761.00 | A2006ABH4BUSR |
| 701439 | 0094169283-0 | V36T251199 | STK | 3/30/2006 | $5,316.00 | $5,316.00 | A2006ICH4BUSZ |
| 701439 | 0094169283-0 | V46T245671 | STK | 3/30/2006 | $5,316.00 | $5,316.00 | A2006ICH4AUSR |
| 701439 | 0094169283-0 | V96T248677 | STK | 3/30/2006 | $5,145.00 | $5,145.00 | A2006ICH4BUSG |
| 701439 | 0094285386-0 | V17T211069 | STK | 6/19/2006 | $6,658.00 | $6,658.00 | A2007IBS4BUSC |
| 701439 | 0094285386-0 | V67T209589 | STK | 6/19/2006 | $5,803.00 | $5,803.00 | A2007ICH4BUSC |
| 701439 | 0094301722-0 | V77T212002 | STK | 8/7/2006 | $6,829.00 | $6,829.00 | A2007IBS4BUSM |
| 701439 | 0094304356-0 | W17T107273 | STK | 6/30/2006 | $8,090.00 | $8,090.00 | A2007F6DLXUSB |
| 701439 | 0094304356-0 | W37T105119 | STK | 6/30/2006 | $2,113.00 | $2,113.00 | S2007ACAAAUSO |
| 701439 | 0094304356-0 | W87T107402 | STK | 6/30/2006 | $8,090.00 | $8,090.00 | S2007F6DLXUSB |
| 701439 | 0094342364-0 | V27T200551 | STK | 7/24/2006 | $5,803.00 | $5,803.00 | A2007IBM4AUSZ |
| 701439 | 0094342364-0 | V27T214689 | STK | 7/24/2006 | $6,187.00 | $6,187.00 | A2007IBS4BUSP |
| 701439 | 0094355547-0 | V87T209299 | STK | 7/31/2006 | $5,803.00 | $5,803.00 | A2007ICH4BUSC |
| 701439 | 0094413534-0 | WX7T116957 | STK | 8/30/2006 | $9,816.00 | $8,890.70 | S2007F1LEFUSO |
| 701439 | 0094423936-0 | V57T216730 | STK | 10/6/2006 | $6,743.00 | $6,743.00 | S2007IBT4CUSG |
| 701439 | 0094441123-0 | V67T223251 | STK | 9/13/2006 | $5,974.00 | $5,974.00 | A2007IBM4BUSG |
| 701439 | 0094455561-0 | V27K6F0180 | STK | 9/20/2006 | $2,097.00 | $2,097.00 | A2007KSB2BUSZ |



## Indian Lake Power Sports, Inc.
### Exhibit

| | | | | | | |
|---|---|---|---|---|---|---|
| 701439 | 0094455562-0 | V67T223654 | STK | 9/20/2006 | $6,658.00 | $6,658.00 | A20071BS4BUSC |
| 701439 | 0094489490-0 | V97Z700020 | STK | 11/2/2006 | $5,290.00 | $5,290.00 | A2007DVI2AUSX |
| 701439 | 0094492814-0 | V87K6B0265 | STK | 10/2/2006 | $3,451.00 | $3,451.00 | A2007KSE2BUSR |
| 701439 | 0094559320-0 | W37T125404 | STK | 10/25/2006 | $8,345.00 | $8,345.00 | S2007F8HEFUSG |
| 701439 | 0094559320-0 | W57T127607 | STK | 10/25/2006 | $8,855.00 | $8,855.00 | S2007F8HLXUSG |
| 701439 | 0094559320-0 | W67T125347 | STK | 10/25/2006 | $8,345.00 | $8,345.00 | S2007F8HEFUSG |
| 701439 | 0094559320-0 | W67T127454 | STK | 10/25/2006 | $8,855.00 | $8,855.00 | S2007F8HLXUSB |
| 701439 | 0094559320-0 | W87T110283 | STK | 10/25/2006 | $6,730.00 | $6,730.00 | S2007F5CLXUSB |
| 701439 | 0094584435-0 | W97T129747 | STK | 11/1/2006 | $9,405.00 | $9,405.00 | S2007Z1NJGUSG |
| 701439 | 0094584435-0 | WXTT129966 | STK | 11/1/2006 | $9,405.00 | $9,405.00 | S2007Z1NJGUSR |
| 701439 | 0094608229-0 | V9TT207822 | STK | 11/9/2006 | $5,161.00 | $5,161.00 | A2007ICH4AUSG |
| 701439 | 0094613079-0 | V3TT233106 | STK | 11/10/2006 | $6,187.00 | $6,187.00 | A20071BS4BUSP |
| 701439 | 0094697043-0 | W87T135703 | STK | 12/7/2006 | $5,774.00 | $5,774.00 | S2007PADFCUSB |
| 701439 | 0094697045-0 | W07T134142 | STK | 12/7/2006 | $6,730.00 | $6,730.00 | S2007F5CLXUSG |
| 701439 | 0094720202-0 | V47K6D2375 | STK | 12/14/2006 | $2,097.00 | $2,097.00 | A2007KUB2BUSR |
| 701439 | 0094720202-0 | V57K6A3824 | STK | 12/14/2006 | $3,323.00 | $3,323.00 | A2007KUE2BUSR |
| 701439 | 0094720202-0 | V67K6D1499 | STK | 12/14/2006 | $2,097.00 | $2,097.00 | A2007KUB2BUSG |
| 701439 | 0094720202-0 | V97K6A3826 | STK | 12/14/2006 | $3,323.00 | $3,323.00 | A2007KUE2BUSR |
| 701439 | 0094726291-0 | V2TT237096 | STK | 12/15/2006 | $7,171.00 | $7,171.00 | A20071BS4BUSG |
| 701439 | 0094746337-0 | V67T2701786 | STK | 12/21/2006 | $5,290.00 | $5,290.00 | A2007DVI2AUSD |
| 701439 | 0094763082-0 | V3TT228634 | STK | 1/30/2007 | $5,888.00 | $5,888.00 | A20071CH4BUSN |
| 701439 | 0094824445-0 | V2727702160 | STK | 2/8/2007 | $5,290.00 | $5,290.00 | A2007DVI2AUSR |
| 701439 | 0094889991-0 | V0TT242698 | STK | 2/12/2007 | $5,888.00 | $5,888.00 | A20071CH4BUSN |
| 701439 | 0094889993-0 | V9TT245776 | STK | 2/12/2007 | $6,230.00 | $6,230.00 | A2007TBH4BUSZ |
| 701439 | 0094923715-0 | V1TT244606 | STK | 2/23/2007 | $7,171.00 | $7,171.00 | A2007TBS4BUSR |
| 701439 | 0094934880-0 | V3TT308401 | STK | 2/28/2007 | $8,949.00 | $8,949.00 | U2007P2S4BUSR |
| 701439 | 0094966962-0 | VX7T250646 | STK | 3/9/2007 | $6,829.00 | $6,829.00 | A2007IBS4BUSM |
| 701439 | 0094987285-0 | V87T270023 | STK | 3/19/2007 | $7,171.00 | $7,171.00 | A2007TBS4BUSZ |
| 701439 | 0095000109-0 | V67K6A4884 | STK | 3/26/2007 | $3,323.00 | $3,323.00 | A2007KUE2BUSG |
| 701439 | 0095000109-0 | VX7K6A4838 | STK | 3/26/2007 | $3,323.00 | $3,323.00 | A2007KUE2BUSG |
| 701439 | 0095000109-0 | VX7K6A4841 | STK | 3/26/2007 | $3,323.00 | $3,323.00 | A2007KUE2BUSG |
| 701439 | 0095007690-0 | V7TT272572 | STK | 3/27/2007 | $5,974.00 | $5,974.00 | A20071BM4BUSZ |
| 701439 | 0095021866-0 | V2TT272768 | STK | 4/2/2007 | $5,974.00 | $5,974.00 | A20071BM4BUSR |

$444,335.70