AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**TEXTRON FINANCIAL CORPORATION,**

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**

vs.

**INDIAN LAKE POWER SPORTS, INC., et al.,**

CASE NO. C2-07-557
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

        **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed October 9, 2008, JUDGMENT is hereby entered in favor of Plaintiff. This case is DISMISSED.**

Date: October 9, 2008

JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk